

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

August 12, 2024

VIA ECF
The Honorable Jennifer L. Rochon, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: Lubinski *et al*. v. Johnson Controls, Inc., 1:23-cv-2825(JLR)

Dear Judge Rochon:

This firm represents the Plaintiffs. I submit this letter, with Defendant's consent, to respectfully request Wednesday's 11:00 a.m. Initial Pretrial Conference be adjourned.

Plaintiffs make this request because I will now be in Florida for a funeral on Wednesday, returning Thursday morning (Delta Flight No. 2428). I apologize for the short notice on this request, but that is because of various scheduling items that needed to be confirmed before I knew my flight details and was able to submit this request.

This is the first request to adjourn this conference and, if granted, would not affect any other dates or deadlines. As to mutually agreeable alternative dates, the parties are available: August 20 after 1:00 p.m.; August 22 before 11:00 a.m.; August 23 after 1:30 p.m.; and August 26 all day.

I appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of record (Via ECF)

The request is GRANTED. The initial pre-trial conference is adjourned from August 14, 2024 to August 26, 2024 at 2:00 p.m. The conference will remain remote for the convenience of the parties.

Dated: August 12, 2024
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**