June 12, 2025

**VIA ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    *Lubinski v. Johnson Controls, Inc.*
            Case No. 1:23-cv-2825-JLR

Dear Judge Rochon:

The parties are in receipt of Your Honor's Text Order setting an in-person hearing on the pending Motion for Settlement Approval for June 25, 2025 at 11AM EST.

Lead counsel for Defendant resides in the State of Georgia. Plaintiffs' counsel, Mr. Lipsky, will be out of the country on June 25, 2025. Therefore, the parties respectfully jointly request that the in-person hearing be held remotely.

We appreciate Your Honor's consideration of this request.

| LIPSKY LOWE LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ *Douglas B. Lipsky* | By: s/ *Jocelyn A. Merced* |
| Douglas B. Lipsky | Jocelyn A. Merced |
| Milana Dostanitch | Peter O. Hughes (*pro hac vice*) |
| Frank Tantone | 10 Madison Avenue, Fourth floor |
| 420 Lexington Ave., Suite 1830 | Morristown, New Jersey 07960 |
| New York, NY 10170-1830 | 973-656-1600 |
| 212-392-4772 | jocelyn.merced@ogletree.com |
| doug@lipskylowe.com | peter.hughes@ogletree.com |
| milana@lipskylowe.com | *Attorneys for Defendant* |
| frank@lipskylowe.com | |
| *Attorneys for Plaintiffs* | |

The June 25, 2025 conference shall be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing phone number: 646-453-4442 | phone conference ID: 746 436 646#

SO ORDERED.

Dated: June 17, 2025
      New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

89901979.v1-OGLETREE