UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID LUBINSKI, RYAN R. KENNY, MICHAEL A. CORNALE, ANTHONY SANTIAGO, DIEGO D. DIAS, AND SEAN MORELLI, individually and on behalf of all other persons similarly situated,

                    Plaintiffs,

-against-

JOHNSON CONTROLS, INC.,

                    Defendant.

Case No. 1:23-cv-02825 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

      For the reasons set forth on the record at today's conference, the Court finds the parties' Settlement Agreement and Release to be fair, reasonable, and adequate to redress Plaintiffs' Fair Labor Standards Act claims in this action. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Moreover, the Court, finding the request reasonable and fair, also grants Plaintiffs' counsel's request for attorneys' fees and costs in the amount of $75,260.51.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 61.

Dated: June 25, 2025
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge