UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID LUBINSKI, RYAN R. KENNY, MICHAEL A. CORNALE, ANTHONY SANTIAGO, DIEGO D. DIAS AND SEAN MORELLI, individually and on behalf of themselves and all other persons similarly situated,

   Plaintiffs,

-against-

JOHNSON CONTROLS, INC.

   Defendant.

Case No.: 23-cv-02825-JLR

Civil Action

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The matters in issue in this action having been amicably resolved, Plaintiffs David Lubinski, Ryan R. Kenny, Michael A. Cornale, Anthony Santiago, Diego D. Dias and Sean Morelli hereby dismiss this action, and all claims asserted therein, against Defendant Johnson Controls, Inc., with prejudice, and without costs to any party.

Dated: New York, New York
   July 16, 2025

LIPSKY LOWE LLP

By: /s/ Douglas B. Lipsky
Douglas B. Lipsky
Milana Dostanitch
Frank Tantone
420 Lexington Ave., Suite 1830
New York, NY 10170-1830
212-392-4772
doug@lipskylowe.com
milana@lipskylowe.com
frank@lipskylowe.com
*Attorneys for Plaintiffs*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/
Jocelyn A. Merced
Peter O. Hughes (*pro hac vice*)
10 Madison Avenue, Fourth floor
Morristown, New Jersey 07960
973-656-1600
jocelyn.merced@ogletree.com
peter.hughes@ogletree.com
*Attorneys for Defendant*

1

2

SO ORDERED:

Hon. *Jennifer Rochon*

Dated: __July 17__, 2025